UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X

MICHAEL DAVIS-GUIDER,

                                     Plaintiff,

   -against-

CITY OF TROY, RONALD FOUNTAIN, Individually, DANIELLE COONRADT, Individually, CHARLES MCDONALD, Individually, RENSSELAER COUNTY, MICHAEL SIKIRICA, Individually, and JOHN and JANE DOE 1-10, Individually, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                     Defendants.

---------------------------------------------------------------------------------X

**ANSWER TO THE CITY DEFENDANTS' COUNTERCLAIM**

17 CV 1290 (FJS) (DJS)

Plaintiff MICHAEL DAVIS-GUIDER, by his attorneys, Brett H. Klein, Esq., PLLC, for his Answer to the counterclaim filed against him by defendants City of Troy, Ronald Fountain, Danielle Coonradt, and Charles McDonald ("City Defendants") respectfully alleges as follows:

        **AS TO THE CITY DEFENDANTS' COUNTERCLAIMS AGAINST THE PLAINTIFF FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiff denies the allegation set forth in the City Defendants' respective counterclaims seeking attorneys' fees and expenses.

        **AS AND FOR A FIRST AFFIRMATIVE DEFENSE TO THE CITY DEFENDANTS' COUNTERCLAIM AGAISNT THE PLAINTIFF FOR ATTORNEYS' FEES AND EXPENSES**

The City Defendants' respective counterclaims seeking attorneys' fees and expenses fails to state a claim upon which relief can be granted.

**WHEREFORE**, plaintiff demands judgment dismissing the City Defendants' Counterclaims against plaintiff, together with such other relief to plaintiff that the Court deems just and proper.

Dated: New York, New York
April 16, 2018

                                                  BRETT H. KLEIN, ESQ., PLLC
                                                Attorneys for the Plaintiff
                                                305 Broadway, Suite 600
                                                New York, New York 10007
                                                (212) 335-0132

                                                By:    s/ Brett Klein
                                                           BRETT H. KLEIN (BK4744)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

MICHAEL DAVIS-GUIDER,

                                                    Plaintiff,              17 CV 1290
        -against-                                                          (FJS) (DJS)

CITY OF TROY, RONALD FOUNTAIN, Individually,
DANIELLE COONRADT, Individually, CHARLES MCDONALD,
Individually, RENSSELAER COUNTY, and MICHAEL SIKIRICA,
Individually, and JOHN and JANE DOE 1-10, Individually, (the
names John and Jane Doe being fictitious, as the true names are
presently unknown),

                                                  Defendants.

--------------------------------------------------------------------------------X


**ANSWER TO THE CITY DEFENDANTS' COUNTERCLAIM**




**BRETT H. KLEIN, ESQ., PLLC**
Attorneys for the Plaintiff MICHAEL DAVIS-GUIDER
305 Broadway, Suite 600
New York, New York 10007
(212) 335-0132