

# PATTISON
# SAMPSON

PATTISON SAMPSON GINSBERG & GRIFFIN, PLLC
22 FIRST STREET P.O. BOX 208 TROY, NY 12181-0208
TELEPHONE 518 266 1000   FACSIMILE 518 274 6034
WWW.PSGGLAW.COM
SERVICE BY FAX NOT ACCEPTED

F. Redmond Griffin
Miekki L. Harrington
Michael E. Ginsberg
Thomas E. Lavery

———

Donald J. Shanley
Carrianna C. Eurillo

———

Edward H. Pattison
(1896-1986)
Stephen H. Sampson
(1911-1982)
Ned Pattison
(1932-1990)
William M. Connors
(1912-1998)
Lambert L. Ginsberg
(1928-2017)

April 10, 2019

US District Court
Northern District of New York
James T. Foley Courthouse
Suite 509
445 Broadway
Albany, New York 12207

**Re:**   **Michael Davis v. City of Troy**
   **Case No.: 1:17-cv-01290**

Dear Clerk:

We are in receipt of the Text Order dated today advising our office that there is a Rule 16 Initial Conference scheduled for May 7, 2019 with regard to the above-referenced matter. I am requesting an adjournment of the conference as I have a trial already scheduled for that week and will be out of town on May 15 – 17, 2019.

Your courtesy in this regard would be appreciated.

Sincerely,

**PATTISON, SAMPSON, GINSBERG & GRIFFIN, PLLC**

Michael E. Ginsberg, Esq.
Direct Dial: (518) 266-1026

MEG/may

cc:   Brett H. Klein, Esq.
   305 Broadway, Suite 600
   New York, New York 10007