UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL DAVIS-GUIDER,

                              Plaintiff,

      v.                                                      1:17-CV-1290
                                                                  (DJS)

CITY OF TROY, *et al.*,

                              Defendants.
_____

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

Following this Court's prior Order directing disclosure of certain information from Defendants' personnel files, Dkt. No. 106, the Court received two supplemental sets of files for review. With respect to the internal investigation report, defense counsel shall disclose the following pages: ISB 1-12, 74-75, 99, 105, 251-252, 390-392, 403-416, and 446-448. The Court has also been provided with "training records" for Defendants Mason, Colaneri, and Fountain. Defense counsel is directed to disclose those documents in full.

Given the piecemeal nature of production of these files, the Court hereby directs Counsel for the City of Troy Defendants to submit to this Court an affidavit from the person or persons within the Troy Police Department responsible for searching for and producing these records to defense counsel which identifies the steps taken to do so and

whether complete records have now been produced to the Court. Counsel shall do so on or before August 20, 2021.

The Court directs that Defendants' Counsel immediately retrieve from the Court's Courtroom Deputy, Maria Blunt, the above-referenced files.

**IT IS SO ORDERED.**

Dated: August 2, 2021
      Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge