UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MICHAEL DAVIS-GUIDER,

                Plaintiff,

-against-

CITY OF TROY, RONALD FOUNTAIN, Individually,
DANIELLE COONRADT, Individually, CHARLES
MCDONALD, Individually, TIM COLANERI, Individually,
ADAM R. MASON, Individually, RENSSELAER COUNTY,
MICHAEL SIKIRICA, Individually, and JOEL ABELOVE,
Individually,

                Defendants.

**NOTICE OF MOTION**
Civil Case No.: 1:17-cv-01290 (FJS/DJS)

---

| | |
|---|---|
| Motion by: | Defendants Rensselaer County, Michael Sikirica and Joel Abelove |
| Time, Date and Place of Hearing: | Thursday, March 3, 2022 at 9:30 a.m. at the United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse 445 Broadway, Albany, NY |
| Supporting Papers: | Affidavit of Attorney William C. Firth, supporting memorandum of law and statement of material facts, with exhibits "A" through "O" |
| Nature of Action: | Civil rights brought pursuant to 42 U.S.C. § 1983 |
| Relief Demanded: | An order, pursuant to Fed. R. Civ. P. 56, granting defendants' motion for summary judgment and dismissing plaintiff's third amended complaint in its entirety |
| Reply Papers: | Pursuant to Local Rule 7, answering papers, if any, are required to be served upon the undersigned at least seventeen (17) days prior to the return date of this motion. Reply papers must be served eleven (11) days prior to the return date of this motion |

Dated: February 4, 2022

Bailey, Johnson & Peck, P.C.

By: _____
William C. Firth
Bar Roll No.: 513832
*Attorneys for Defendants Rensselaer County, Michael Sikirica and Joel Abelove*
5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, New York 12205
(518) 456-0082
wcfirth@baileyjohnson.com

TO: **Via ECF**
Brett H. Klein, Esq., PLLC
*Attorneys for Plaintiff*
305 Broadway, Suite 600
New York, New York 10007
(212) 335-0132
bklein@kleincivilrights.com

**Via ECF**
Rhiannon Spencer, Esq.
*Attorneys for City of Troy, Ronald Fountain, Danielle Coonradt, Charles McDonald, and Tim Colaneri*
Adam R. Mason
Pattison, Sampson, Ginsberg & Griffin
22 First Street, P.O. Box 208
Troy, New York 12180
(518) 266-1029
spencer@psgglaw.com