Troy, NY                 8/15/16
LOCATION          CITY        STATE      DATE

1. I, Russell E. Brown, state and depose
2. That my date of birth is ███████.
3. My address is ████████████, Troy
4. NY 12183. I am a retired mechanic.
5. On February 26, 2015, I gave Rebecca
6. Parker a ride home from Stewart's, where
7. she was employed. I drove her to her
8. residence, 856 4th avenue, Troy, NY 12182.
9. I used to drive Rebecca home quite often.
10. As I recall, we arrived at Rebecca's
11. residence at approximately 1:15 PM.
12. Rebecca went into her building, briefly,
13. to get a letter she received from her
14. bank. She wanted me to read her letter,
15. so I could advise her about that situation.
16. She came out with the letter, but before
17. I could look at it, I observed that
18. Michael Davis, Rebecca's live-in boyfriend
19. was crossing the street from the other
20. side toward 856 4th avenue. I observed
21. that Michael Davis was obviously upset,
22. since he was crying. Just at that
23. time, I observed that emergency
24. and Police vehicles began to arrive
25. there. The Troy Fire Department personnel
26. and the other emergency workers began
27. Russell Brown                        William Reilly

DO NOT WRITE BELOW THIS LINE
001538

8/15/16

| LOCATION | CITY | STATE | DATE |
|---|---|---|---|

1. to bring emergency equipment into the
2. house. Both Michael Davis and Rebecca
3. Parker were very good when they
4. learned that ██████ had died. Michael
5. advised Rebecca that he couldn't wake
6. up ████ and he went to find a
7. phone so he could get help for her
8.
9. I have read the above 2 pages
10. and they are true to the best of
11. my knowledg -
12.
13. X Russell Brown
14.
15.
16. Sworn to before me this 15th day
17. of August, 2016
18.
19. William Bradley
20.
21.
22. Notary Public State of New York
23. Commissioned in Albany County
24. exp. 12/19/17
25.
26.
27.