CONTROL # 20320

PHONE
HOME
WORK 308-3897

**DEPOSITION OF A WITNESS**
STATE OF NEW YORK
COUNTY OF RENSSELAER
CITY OF TROY

COURT

NAME Russell E Brown    DATE OF BIRTH ███

RESIDING AT 13 Gurley Ave Apt. 101 Troy NY    AGE 87

OCCUPATION RB Retired

DEPOSE AND SAY: That on 2/26/15 at approx. 9:00AM I went to the Stewarts at Glen + 6"Ave to get my coffee like I do every day. I was talking to Rebecca who works there + she asked me if I would give her a ride home today. I do this for her a couple times a week, I told her I would. I went back to Stewarts about 12:50pm + I waited for her to finish working, we left Stewarts at about 5-7 minutes after 1:00pm + we got to Rebecca's house around 1:10-1:20pm, Rebecca had told me that someone had frauded her checking account + I told her someone had done that to me to so I asked her to see the checks to see if it was the same kind of check that was used to fraud me, when we pulled up to Rebecca's house she got out of my vehicle + went into the house + came out with the check + when she got to my car + handed me the check + at that time I saw + heard Rebecca's boyfriend running across the street crying + yelling to call 911, that he couldn't get anyone to call 911 + that he was at the restaurant on

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

DATE 3/6/15    TIME 1035    SIGNED: Russell Brown

WITNESS: PTL C Mitchell 5B39

TPD 118/82

CONTROL # 20320

PHONE
HOME _____
WORK 308-3897

**DEPOSITION OF A WITNESS**
STATE OF NEW YORK
COUNTY OF RENSSELAER
CITY OF TROY

COURT _____

NAME Russell E Brown

DATE OF BIRTH [REDACTED]

RESIDING AT 13 Gurley Ave Apt 101 Troy NY

AGE 87

OCCUPATION Rectory

DEPOSE AND SAY: 20 minutes with 911 but no one was coming at that time Rebecca Raw ran into the house & I got out of my car & ran in the house & at that time it seemed like the Police & Firemen all showed up. & the firemen started doing CPR, the baby was laying on the sofa when we got into the apartment. After they put the baby in the ambulance I stayed a couple minutes & then left

RB

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

DATE 3/6/15   TIME 1035   SIGNED: Russell Brown
WITNESS: PO CPhull 5839

TPD 118/82